UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-61296-GAYLES

JULIUS SEILER,
        Plaintiff,

v.

SZE-CHUAN PANDA, INC. d/b/a
SZE-CHUAN PANDA,
        Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court on Plaintiff Julius Seiler's Motion to Approve Settlement and to Dismiss With Prejudice [ECF No. 16], which indicates that the parties have reached an agreement to settle this matter. Having reviewed the Joint Stipulation of Settlement ("Settlement Agreement") executed by the parties and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Settlement Agreement is **APPROVED** and this action is **DISMISSED WITH PREJUDICE**. The parties have agreed to the resolution of attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

This action is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of November, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE